# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

149749 & (18)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BENJAMIN HOUGHTON BEACH,
    Defendant-Appellant.

SC: 149749
COA: 319460
Genesee CC: 03-012302-FC

_____/

On order of the Court, the application for leave to appeal the May 30, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

h0223